DOCKETED

APR 29 2003

FILED-ED4

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

03 APR 28 PH 1: 09

CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| ENRIQUE HERRERA, | ) | |
| | ) | |
| Plaintiff, | ) | No.: 03C 2844 |
| | ) | |
| vs. | ) | Judge JUDGE KENNELLY |
| | ) | |
| Chicago Police Officer | ) | Jury Demand MAGISTRATE JUDGE NOLAN |
| WILLIAM D. GRASSI, Star 19223, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

1.      This is an action for money damages brought pursuant to 42 U.S.C. § 1983, and the Fourth and Fourteenth Amendments to the United States Constitution.

2.      Jurisdiction for Plaintiff's federal claim is based on 28 U.S.C. §§ 1331 and 1343.

3.      Defendant police officer WILLIAM D. GRASSI is duly appointed and a sworn City of Chicago police officer. At all times material to this complaint, Defendant officer was acting in the course and scope of his employment and under color of state law, ordinance and/or regulation.

4.      The Defendant police officer is sued in his individual capacities.

5.      On Monday, June 11, 2001, at about 1:00 a.m., several Chicago Police Officers responded to a call of shots fired near the vicinity of 2500 West Cortland, Chicago, Illinois.

1

1-1

6.     When the police arrived on the scene, Plaintiff ENRIQUE HERRERA was riding away from the area on his bicycle at normal speed and in a normal manner because he thought he may have a traffic warrant.

7.     Defendant officer GRASSI chased after Plaintiff ENRIQUE HERRERA but was unable to catch him.

8.     Plaintiff ENRIQUE HERRERA went to his cousin Moses's house about two blocks from the scene.

9.     Plaintiff ENRIQUE HERRERA was waiting for Moses for several minutes until a Chicago Police Department Sergeant wearing a white shirt showed up and arrested Plaintiff ENRIQUE HERRERA and then repeatedly asked Plaintiff where the gun was.

10.     Plaintiff ENRIQUE HERRERA did not resist arrest.

11.     Plaintiff ENRIQUE HERRERA was told to lay on the floor with his hands behind his back where handcuffs were placed around Plaintiff's hands.

12.     Plaintiff ENRIQUE HERRERA was arrested because the Chicago Police believed that he may have been the shooter of the shots which had been fired minutes earlier, which was the purpose of the police call and response.

13.     Plaintiff ENRIQUE HERRERA was not the shooter.

14.     Plaintiff ENRIQUE HERRERA was arrested without probable cause.

15.     Shortly after Plaintiff ENRIQUE HERRERA's arrest, several other Chicago police officers arrived at the scene of Plaintiff's arrest, including Defendant GRASSI.

2

16.     Defendant GRASSI was the officer who had unsuccessfully chased Plaintiff
ENRIQUE HERRERA.

17.      Defendant GRASSI then stomped on Plaintiff ENRIQUE HERRERA's
head while Plaintiff lay on the ground and then Defendant GRASSI beat, punched,
slapped, and kicked Plaintiff, all causing Plaintiff great pain and suffering.

18.     Chicago police officers, including Defendant GRASSI, believe that when a
person runs from the police, if the person gets caught, the police are the entitled to beat
the person.

19.     Defendant GRASSI then escorted Plaintiff ENRIQUE HERRERA around
the neighborhood through alleys and gangways, during which time GRASSI repeatedly
asked Plaintiff ENRIQUE HERRERA to show Defendant GRASSI where the gun was,
and also continued to punch and slap Plaintiff, causing Plaintiff to suffer further pain and
suffering.

20.     Defendant GRASSI repeatedly called Plaintiff ENRIQUE HERRERA a
"spic," and one time punched Plaintiff ENRIQUE HERRERA then stated, "This is what
you get you fucking spic."

21.     At one point, Defendant GRASSI took Plaintiff ENRIQUE HERRERA's
state identification and threw it away in an alley. After Plaintiff ENRIQUE HERRERA
asked Defendant GRASSI why he did that, GRASSI responded so that it would take
longer to process ENRIQUE HERRERA and he would have to stay in custody longer.

3

Plaintiff ENRIQUE HERRERA's identification was never returned.

22.     Plaintiff's injuries required police to take Plaintiff to St. Elizabeth Hospital where Plaintiff received stitches to his mouth. Two days later Plaintiff was taken to Cook County Hospital for injuries to his eye.

23.     As a direct and proximate result of the acts of the Defendant described above, Plaintiff has suffered and continues to suffer great damages including injury this good name and reputation, loss of physical liberty, severe embarrassment and distress, emotional pain and suffering, mental anguish and humiliation, and other nonpecuniary losses.

<u>COUNT I</u>
**42 U.S.C. § 1983, Excessive Force**

24.     Plaintiff realleges paragraphs 1 through 23 as if fully set forth herein.

25.     The actions of Defendant in stomping on, beating, punching, slapping, and kicking Plaintiff at the time of Plaintiff's arrest when Plaintiff did not resist arrest, violated Plaintiff's Fourth Amendment rights, as guaranteed by the Fourteenth Amendment, to be free from the use of excessive and unreasonable force.

WHEREFORE, Plaintiff asks that this Honorable Court:

a)      Enter judgments against Defendant;

b)      Award compensatory and punitive damages to Plaintiff against Defendant, jointly and severally, as determined at trial;

4

c)      Award Plaintiff attorney's fees and costs;

d)      Award such other and additional relief that this Honorable Court deems just

and equitable.

**Plaintiff demands trial by jury.**


Respectfully submitted,

LAWRENCE V. JACKOWIAK
*Attorney for the Plaintiff*

Lawrence V. Jackowiak
Law Offices of Lawrence V. Jackowiak
Two North LaSalle Street, Suite 1906
Chicago, Illinois  60602
(312) 795-9595


5



DOCKETED

APR 2 9 2003

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS



FILED-ED4

03 APR 28 PH 4: 07

CLERK
U.S. DISTRICT COURT

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

---

**Plaintiff(s):  Enrique Herrera**

County of Residence:

Plaintiff's Atty:  Lawrence V. Jackowiak
Law Offices of Lawrence V. Jackowiak
Two North LaSalle Street, Suite 1906
312-795-9595

**Defendant(s):Chicago Police Officer William D. Grassi, Star 19223.**

County of Residence:

Defendant's Atty:

**03C  2844**

**JUDGE KENNELLY**

---

II. Basis of Jurisdiction:    **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal Parties (Diversity Cases Only)

**MAGISTRATE JUDGE NOLAN**

Plaintiff:- **N/A**
Defendant:- **N/A**

IV. Origin :    **1. Original Proceeding**

V. Nature of Suit:    **440 Other Civil Rights**

VI.Cause of Action:    **This is an action for money damages brough pursuant to 42 U.S.C. section 1983.**

VII. Requested in Complaint

Class Action:**No**
Dollar Demand:
Jury Demand:**Yes**

1-2

VIII. This case **IS NOT** a refiling of a previously dismissed case.

Signature: *Laurence V Jackowiak*

Date: 4/28/3

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**          **Revised: 06/28/00**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**DOCKETED**

**APR 2 9 2003**

In the Matter of

ENRIQUE HERRERA

v.

CHICAGO POLICE OFFICER WILLIAM D. GRASSI
STAR 19223

FILED-ED4

03 APR 28 PM 4: 08

Case Number:

CLERK
U.S. DISTRICT COURT

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Plaintiff.

JUDGE KENNELLY

03C 2844

MAGISTRATE JUDGE NOLAN

| (A) | (B) |
|---|---|
| SIGNATURE *Lawrence V. Jackowiak* | SIGNATURE |
| NAME Lawrence V. Jackowiak | NAME |
| FIRM Law Offices of Lawrence V. Jackowiak | FIRM |
| STREET ADDRESS 2 N. LaSalle St., Suite 1906 | STREET ADDRESS |
| CITY/STATE/ZIP Chicago, Illinois 60602 | CITY/STATE/ZIP |
| TELEPHONE NUMBER (312) 795-9595   FAX NUMBER (312)201-1030 | TELEPHONE NUMBER    FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 03128833 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?   YES X   NO ☐ | MEMBER OF TRIAL BAR?   YES ☐   NO ☐ |
| TRIAL ATTORNEY?   YES X   NO ☐ | TRIAL ATTORNEY?   YES ☐   NO ☐ |
| | DESIGNATED AS LOCAL COUNSEL?   YES ☐   NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER    FAX NUMBER | TELEPHONE NUMBER    FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?   YES ☐   NO ☐ | MEMBER OF TRIAL BAR?   YES ☐   NO ☐ |
| TRIAL ATTORNEY?   YES ☐   NO ☐ | TRIAL ATTORNEY?   YES ☐   NO ☐ |
| DESIGNATED AS LOCAL COUNSEL?   YES ☐   NO ☐ | DESIGNATED AS LOCAL COUNSEL?   YES ☐   NO ☐ |

1-3